IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

MR. CHARLES N. CLEVERT, JR.,
The Chief Judge of the USA Federal District Court
for Eastern Wisconsin,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-432-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_____   _____
Peter Oppeneer, Clerk of Court            11/9/12  Date